UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Numbers:   06-21180-CIV-MARTINEZ/BANDSTRA
06-21181-CIV-MARTINEZ/BANDSTRA

CARLOS BENAMHU,

    Petitioner,

vs.

UNITED STATE OF AMERICA,

    Respondent.
_____/

## CONSOLIDATED ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Ted E. Bandstra, Chief United States Magistrate Judge for a Report and Recommendation (**D.E. No. 6**). The Magistrate Judge filed a Report and Recommendation (**D.E. No. 10** in 06-21180-CIV; **D.E. No. 11** in 06-21181-CIV). The Court has reviewed the entire file and record in each case, and no objections were filed. The Court has made a *de novo* review of the record and is otherwise fully advised in the premises. Therefore, it is

**ADJUDGED** that United States Magistrate Judge 's Report and Recommendation (**D.E. No. 10** in 06-21180-CIV; **D.E. No. 11** in 06-21181-CIV**)** on  is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. Petitioner's Request for Relief Pursuant to 28 U.S.C. § 1361 is **DENIED**.

2. Petitioner's Motion pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct the

Sentence is **DENIED**.

3. Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED without prejudice** to afford Petitioner the opportunity to exhaust his administrative remedies.

4. Case **06-21180-CIV-MARTINEZ/BANDSTRA** is **CLOSED**.

5. Case **06-21181-CIV-MARTINEZ/BANDSTRA** is **CLOSED**.

6. Any other pending motions not otherwise ruled upon are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record